HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, CA Bar #179741
Chief Assistant for the Federal Defender
HAYLEY THOMAS
Certified Law Student
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SHANE BRASHEAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-mj-00070-DAD_____ |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S WAIVER OF |
| | ) | APPEARANCE; ORDER |
| v. | ) | |
| | ) | |
| SHANE BRASHEAR, | ) | DATE:      April 1, 2014 |
| | ) | TIME:      10:00 a.m. |
| Defendant. | ) | JUDGE:    Hon. Dale A. Drozd |
| | ) | |

        Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, the defendant, Shane

Brashear, hereby waives the right to be present in person in open court for arraignment.  Mr.

Brashear has been charged by information.  Mr. Brashear affirms that he has received a copy of

the information and that he wishes to plead not guilty and request a bench trial.  Mr. Brashear

acknowledges that he has been informed of the charges, the penalties provided by law, and of his

rights in this matter.  He seeks to waive his appearance in this matter because he lives in Tracy,

California and already appeared in Sacramento for his arraignment, when the government was

not prepared to file an information.  He was informed by the Court of his ability to appear

through counsel at further arraignment. He asks the Court to accept this waiver.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: March 20, 2014

*/s/ Shane Brashear*
SHANE BRASHEAR
Original retained by attorney

I agree with and consent to my client's waiver of appearance.  I have provided him with a copy of the information and discussed his rights, the charges, and the statutory penalties with him.  I have discussed with him his right to be prosecuted by information.  I concur with his decision to waive his appearance and be arraigned without his personal appearance.

Dated:  March 20, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda Harter*
LINDA HARTER
Attorney for Defendant
SHANE BRASHEAR

## ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court accepts Shane Brashear's waiver of appearance at arraignment.

Dated:  March 25, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Brashear0070.waiver.and.order.docx

-2-