BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-MJ-00070-DAD |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| SHANE K. BRASHEAR, ) | |
| ) | DATE: June 18, 2014 |
| Defendant. ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Dale A. Drozd |
| ) | |
| ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss both Counts of the Information without prejudice is GRANTED.

It if further ordered that the Court Trial currently scheduled for June 18, 2014 at 9:00 a.m. is vacated

IT IS SO ORDERED.

Dated:  May 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Brashear0070.mtd-o.docx

1